IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QASYCA J. AMURA,

        Petitioner,

  v.

STEVEN ALAMEDA,

        Respondent.
                                     /

No. C 14-0684 WHA (PR)

**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**

       Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254.

       His first claim is that prison officials are violating his constitutional rights by collecting a restitution fine from money in his prison trust account. He argues that he does not owe a restitution fine. A federal court does not have jurisdiction to hear claims that challenge the money portion of a state judgment, such as a restitution order. *Bailey v. Hill*, 599 F.3d 976, 981 (9th Cir. 2010). As a result, petitioner cannot obtain federal habeas relief on his first claim.

       Petitioner's other claim challenges a variety of conditions of his confinement, such as inadequate medical, dental and vision care, food he does not care for, lost personal property, bad clothing, shoes and mattresses, inadequate access to the law library, and blocked mail. Such challenges to conditions of confinement should be brought in a civil rights complaint, not in a petition for a writ of habeas corpus. *See Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir.

2003); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991). Accordingly this case is **DISMISSED** without prejudice to petitioner filing a new case in which he brings his claims about the conditions of confinement in a civil rights complaint.

Petitioner is **GRANTED** leave to proceed in forma pauperis.

No certificate of appealability is warranted in this case because a reasonable jurist would not find the dismissal of this petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March   31  , 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE